Per Curiam.

(No. 73—CC—19

Texaco, Inc., Claimant, vs. State of Illinois, Department of Transportation, Respondent.

*Opinion filed March 22, 1973.*

TEXACO, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.